AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Felix Diaz

v.

CITY OF NEW YORK, et al.

**APPEARANCE**

Case Number: 07 CV 2929

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

City of New York

I certify that I am admitted to practice in this court.

May 15, 2007
Date

Signature

SR 4272
Print Name: Suzette Corinne Rivera   Bar Number

Address: 100 Church Street, New York, NY 10007
City   State   Zip Code

(212) 788-9567   (212) 788-9776
Phone Number   Fax Number