_____ Court _____ County  Index / case #
_____

*Plaintiff*                                                                                   ***AFFIDAVIT OF SERVICE***

*Defendant*
_____
_____County, State of: _____  _____,                                            being sworn, says: Deponent is not a party herein; is over the age of 18 years and resides in the State of _____

On _____ at _____ AM at: _____

Deponent served the within _____

On: _____          (herein after called the recipient) therein named.

| | |
|---|---|
| **Individual** | By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein |
| **Suitable Age person** | by delivering thereat a true copy of each to _____ a person of suitable age and discretion. Said premises is defendants    Actual Place of Residence    Actual Place of Business within the State |
| **Affixing to Door** | By affixing a true copy of each to the door of said premises which is defendants<br>   Actual Place of Residence    Actual Place of Business, within the State<br>Deponent was unable with due diligence to find defendant or person of suitable age and discretion thereat having called there |
| **Corporation or Partnership** | by delivering thereat a true copy of each to _____  _____ personally. Deponent knew said corporation / partnership so served to be the corporation / partnership described in said aforementioned document as said defendant and knew said individual to be _____, thereof. |
| **Mailing** | Within 20 days of such delivery, or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known    Actual Place of Residence    Actual Place of Business,<br>at _____<br>and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant. |

**Description**

| | | | | | |
|---|---|---|---|---|---|
| Male | white skin | black hair | 14-20 Yrs | Under 5' | Under 100 Lbs |
| Female | black skin | brown hair | 21-35 Yrs | 5'0"-5'3" | 100-130 Lbs |
| | yellow skin | gray hair | 36-50 Yrs | 5'4-5'8" | 131-160 Lbs |
| | brown skin | blonde hair | 51-65 Yrs | 5'9"-6'0" | 161-200 Lbs |
| | red skin | red hair | Over 65 Yrs | Over 6' | Over 200 Lbs |

Other Identifying Features _____

Subpoena Fee Tendered in the amount of

Sworn to before me on                                                                      _____

_____